WALTON v. HALL.

*Appeal from Guthrie District Court.*

WEDNESDAY, AUGUST 31.

ACTION for the recovery of real property.

*M. L. McPherson* and *Polk & Hubbell*, for the appellant.

*Harbert & Clark* and *S. Sibby*, for the appellees.

COLE, Ch. J.—This case is substantially the same as the preceding case of *Walton* v. *Gray.* It involves no other points than those therein decided. Following that case, the judgment in this will be

Affirmed.